# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THI THUY VINH NGUYEN,<br><br>                              Petitioner,<br><br>      v.<br><br>CHRISTOPHER LAROSE,<br><br>                              Respondent. | Case No. 26-cv-02749-BAS-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Thi Thuy Vinh Nguyen filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.) The Court held a hearing on the Petition. (ECF No. 11.)

For the reasons expressed at the hearing, the Court **GRANTS** the Petition. Specifically, the Court finds Petitioner's detention violates *Zadvydas v. Davis*, 533 U.S. 678 (2001), because there is no reasonable likelihood of removal in the reasonably foreseeable future. Accordingly, the Court issues the following writ:

//

//

//

- 1 -

The Court **ORDERS** Respondent to immediately release Thi Thuy Vinh Nguyen (A# 221-350-300) from custody subject to supervision under the standard conditions authorized by 8 U.S.C. § 1231(a)(3). Further, the Government is ordered not to remove Petitioner Nguyen to a third country (other than Palau) without 10 days' notice to Petitioner and her attorney and a reasonable opportunity for them to be heard.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: June 5, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv2749